# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SAUNDRA ANN FERRELL,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:24-cv-1021-RDP-GMB |
| **KIMBERLY NEELY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on April 30, 2025, recommending that Petitioner Saundra Ann Ferrell's § 2241 petition (Doc. 1) be dismissed for lack of jurisdiction. (Doc. 18). Petitioner has filed an objection. (Doc. 19).

In her objection, Petitioner does not address the recommendation of the Magistrate Judge but instead argues that her petition should be granted based on her character and behavior and attaches documents to support her argument. (Doc. 19). Petitioner's objection does not address the jurisdictional flaw in her habeas petition, and the Magistrate Judge's analysis is correct. Accordingly, the court overrules Petitioner's objection.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with the recommendation, the court finds that the petition is due to be **DISMISSED** for lack of jurisdiction. A final judgment will be entered.

**DONE** and **ORDERED** this May 21, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**R. DAVID PROCTOR**
　　　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE